**This document was signed electronically on November 03, 2008, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: November 03, 2008**

_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

200836217
(tjk)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | | |
|---|---|---|
| IN RE: | : | |
| | | Case No. 08-15679 |
| Brooks M. Jones, Jr. | : | |
| | | Chapter 7 |
| | : | |
| | | Judge Morgenstern-Clarren |
| Debtor | : | |
| | : | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT** |
| | : | **(PROPERTY LOCATED AT 3094 KENSINGTON ROAD, CLEVELAND HEIGHTS, OH 44118)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Wells Fargo Bank, N.A. as Trustee for National City Mortgage Loan Trust 2005-1, Mortgage-Backed Certificates, Series 2005-1 by and through Home Loan Services, Inc. its servicer.

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and

with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 3094 Kensington Road, Cleveland Heights, OH 44118.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Steven H. Patterson, Case Attorney
Ohio Supreme Court Reg. #0073452
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Brooks M. Jones, Jr.
2299 Grandview Ave. Apt. #4
Cleveland Hts., OH 44106

Claudia P. FitzGerald, Esq.
450 Standard Building
1370 Ontario St.
Cleveland, OH 44113-1744

Brian A Bash, Trustee
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114

Milica Jones
2299 Grandview Ave. Apt. #4
Cleveland Hts., OH 44106

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114

Steven H. Patterson, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480